**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    STEVE M TELSON<br>    SHARON B TELSON<br>        Debtor(s) | Case No. 17-20014 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/03/2017.

2) The plan was confirmed on 08/22/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 07/10/2018.

6) Number of months from filing to last payment: 8.

7) Number of months case was pending: 13.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $3,885.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $3,885.00

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $286.19 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $184.26 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $470.45

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AARONS SALES & LEASE OWNERSH | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED PHYSICAL MEDICINE | Unsecured | 497.17 | NA | NA | 0.00 | 0.00 |
| AFFILIATED ACCEPTANCE CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AFFILIATED ACCEPTANCE CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AFFILIATED ACCEPTANCE CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AFFILIATED ACCEPTANCE CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AFFILIATED ACCEPTANCE CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ARLINGTON RIDGE PATHOLOGY | Unsecured | 2,606.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 3,843.00 | NA | NA | 0.00 | 0.00 |
| BELDEN JEWELERS/STERLING JEWE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Calvary Portfolio Services | Unsecured | 676.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 34.00 | 34.27 | 34.27 | 0.00 | 0.00 |
| CARMAX AUTO FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CARMAX AUTO FINANCE | Secured | 5,500.00 | 9,347.40 | 5,500.00 | 741.39 | 119.80 |
| CARMAX AUTO FINANCE | Unsecured | 3,663.00 | NA | 3,847.40 | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 0.00 | 676.00 | 676.00 | 0.00 | 0.00 |
| CB/Harlem Furniture | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD SER | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD SER | Unsecured | 801.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD SER | Unsecured | 322.00 | NA | NA | 0.00 | 0.00 |
| Chase Mortgage | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF DES PLAINES | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | NA | 875.62 | 875.62 | 0.00 | 0.00 |
| COMPASS HEALTHCARE CONSULTA | Unsecured | 20.92 | NA | NA | 0.00 | 0.00 |
| DAVITA | Unsecured | 3,282.60 | NA | NA | 0.00 | 0.00 |
| DAVITA LABS | Unsecured | 842.10 | NA | NA | 0.00 | 0.00 |
| DAVITA RX | Unsecured | 63.52 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DISCOVER FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANTS INC | Unsecured | 1,405.07 | NA | NA | 0.00 | 0.00 |
| ELASTIC REPUBLIC BANK & TRUST ( | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| ELK GROVE HOME | Unsecured | 188.09 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST CARD SERVICES | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL CREDIT & COLLECTION CO | Unsecured | 686.11 | NA | NA | 0.00 | 0.00 |
| GLOBAL NETWORK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 11,779.41 | NA | NA | 0.00 | 0.00 |
| HCFS HEALTHCARE FINANCIAL SER | Unsecured | 38.13 | NA | NA | 0.00 | 0.00 |
| ICS Collection Service | Unsecured | 132.99 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 285.00 | 388.41 | 388.41 | 0.00 | 0.00 |
| Liberator Medical Supply | Unsecured | 720.94 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 258.00 | NA | NA | 0.00 | 0.00 |
| MEDICREDIT | Unsecured | 827.00 | NA | NA | 0.00 | 0.00 |
| MEDICREDIT | Unsecured | 1,628.88 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 497.00 | 497.26 | 497.26 | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 329.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,000.00 | 848.21 | 848.21 | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 429.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COMMUNITY HOSPITA | Unsecured | 4,628.76 | 2,586.97 | 2,586.97 | 0.00 | 0.00 |
| NORTHWEST COMMUNITY HOSPITA | Unsecured | NA | 1,288.00 | 1,288.00 | 0.00 | 0.00 |
| NORTHWEST NEUROLOGY | Unsecured | 35.64 | NA | NA | 0.00 | 0.00 |
| Northwest Radiology Associates | Unsecured | 35.72 | NA | NA | 0.00 | 0.00 |
| NW SUB MED | Unsecured | 430.68 | NA | NA | 0.00 | 0.00 |
| NW SUB MED | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 686.00 | 636.11 | 636.11 | 0.00 | 0.00 |
| PRIME SPECIALTY PHARMACY | Unsecured | 102.10 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 351.00 | 336.34 | 336.34 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 1,411.00 | 2,683.39 | 2,683.39 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 301.14 | 301.14 | 0.00 | 0.00 |
| QUICKN LOANS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Receivables Performance | Unsecured | 2,728.20 | NA | NA | 0.00 | 0.00 |
| SETERUS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SETERUS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SOCIAL SECURITY ADMIN | Unsecured | 4,000.00 | 9,891.40 | 9,891.40 | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 1,400.00 | 1,400.07 | 1,400.07 | 0.00 | 0.00 |
| STANISLAUS CREDIT CONTROL SER | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| Suburban Surgical Care Specialists | Unsecured | 141.70 | NA | NA | 0.00 | 0.00 |
| SYNCB/DISCOUNT TIRES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/JC PENNEY DC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/TOYSRUS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 175.00 | 145.37 | 145.37 | 0.00 | 0.00 |
| TD BANK USA | Unsecured | 605.00 | 605.07 | 605.07 | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT CORP | Unsecured | 5,228.00 | NA | 491.35 | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT CORP | Secured | 11,000.00 | 16,719.35 | 16,228.00 | 2,109.63 | 443.73 |
| TURNER ACCEPTANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL SRV | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VALENTINE & KEBARTAS INC | Unsecured | 3,161.78 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 2,312.00 | 2,267.88 | 2,267.88 | 0.00 | 0.00 |
| VILLAGE OF MOUNT PROSPECT | Unsecured | 580.40 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $21,728.00 | $2,851.02 | $563.53 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$21,728.00** | **$2,851.02** | **$563.53** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$29,800.26** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $470.45 |
| Disbursements to Creditors | $3,414.55 |
| **TOTAL DISBURSEMENTS:** | **$3,885.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/15/2018                    By: /s/ Tom Vaughn
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**